No. 6427.—RIVERA, dmdte. y aplte., v. R. RUIZ & Co. y FRANCISCO RIVERA, dmdos. y apldos.— ▮▮▮▮▮▮▮▮▮ Julio 11, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

Visto el caso de *Pagán* v. *Sellés y otro*, 28 D.P.R. 160, no constando que Francisco Rivera fuera emplazado, que compareciera ni que su rebeldía haya sido anotada y apareciendo más bien que se prescindió de él como parte en el pleito que motivó esta apelación, *no ha lugar* a la solicitud del demandante para que desestimemos por falta de notificación a Francisco Rivera del recurso.

No. 6548.—SANTIAGO, apldo., v. FLORES, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮ Diciembre 28, 1933.

Desestimado el anterior recurso, entre otros motivos, por haber sido entablado tardíamente.